NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICOH COMPANY, LTD.,**
*Plaintiff-Cross Appellant,*

v.

**QUANTA COMPUTER, INC. and QUANTA STORAGE, INC.,**
*Defendants-Appellants,*

**and**

**QUANTA COMPUTER USA, INC., PHILIPS TAIWAN, LTD., and BUSINESS LINE DATA, PHILIPS OPTICAL STORAGE,**
*Defendants.*

---

2010-1332, -1339

---

Appeals from the United States District Court for the Western District of Wisconsin in case no. 06-CV-0462, Chief Judge Barbara B. Crabb.

---

**ON MOTION**

---

**ORDER**

The parties jointly move to stay the briefing schedule to pursue settlement efforts.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that, if these appeals are not dismissed, the appellants' opening brief is due no later than 60 days from the date of filing of this order.

FOR THE COURT

**JUN 2 3 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: John C. Rozendaal, Esq.
     Terrence Duane Garnett, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUN 2 3 2010**

**JAN HORBALY**
**CLERK**